CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Roanoke
JUN 13 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Tey Coleman
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FREEMAN A. JONES,<br>　　Petitioner, | )<br>)　Civil Action No. 7:07-cv-00169<br>) |
| v. | )　ORDER<br>) |
| WARDEN OF GREENSVILLE<br>CORRECTIONAL CENTER,<br>　　Respondent. | )<br>)　By: Hon. Norman K. Moon<br>)　United States District Judge |

It is hereby

**ORDERED and ADJUDGED**

that

1)　Petitioner's motion for reconsideration [Docket #5] is **GRANTED**;[1]

2)　The court's order dismissing the case for failure to comply with the court's order, entered May 23, 2007 [Docket #4], is hereby **VACATED** and this action is **REOPENED**;

3)　In accordance with the Memorandum Opinion entered this day, Jones' 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice; and

4)　This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

ENTER: This 13th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By Order, entered May 23, 2007, the court dismissed Jones' petition for failure to comply with the court's order. However, it appears that Jones did comply with the court's conditional filing order, but that the financial department of the court mistakenly returned it to the petitioner. Although, no record of these events exists in the court's docketing system, Jones has provided a copy of the letter from the court and attachments evidencing such.